# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACOBS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:12CV2101 SPM |
| | ) | |
| IAN WALLACE, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's "motion for leave of court to file a petition for writ of mandamus, and for injunctive relief, under the all writs act," received by the Court on February 8, 2013.

In petitioner's three-page motion, he sets forth, once again, how and why he believes he should be allowed to pursue conditions of confinement claims in this habeas action.  This is petitioner's second "motion for reconsideration," as it were. As the Court, on February 6, 2013, wrote a ten-page order addressing these issues, it will not reiterate the merits of petitioner's arguments in the instant order. Rather, the Court will deny petitioner's motion and refer petitioner to the Court's February 6, 2013 Memorandum and Order.  Petitioner is warned that the deadlines set forth in the February 6, 2013 Memorandum and Order are quickly approaching,

and given the contentious manner in which petitioner has litigated this case, no extensions will be given except for good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's "motion for leave of court to file a petition for writ of mandamus, and for injunctive relief, under the all writs act" [Doc. #7] is **DENIED**.

Dated this  19th  day of February, 2013.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE